**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MISSOURI**

| | |
|---|---|
| ENERGIZER BRANDS, LLC,  )<br>  )<br>Plaintiff, Counter-Defendant,  )<br>  )<br>vs.  )<br>  )<br>DURACELL U.S. OPERATIONS, INC.  )<br>  )<br>Defendant, Counter-Plaintiff.  )<br>  ) | Civil Action No. 4:16-cv-00223-CEJ |

## DURACELL'S MOTION FOR SUMMARY JUDGMENT

Pursuant to Fed. R. Civ. P. 56, Defendant, Duracell U.S. Operations, Inc., hereby moves for summary judgment on all of Plaintiff's claims for the reasons set forth in Defendant's accompanying Memorandum and Statement of Uncontroverted Material Facts filed herewith.

Date: July 14, 2017

Respectfully submitted,

By:   */s/* Lee J. Eulgen

Lee J. Eulgen (*pro hac vice*)
Kevin C. May (*pro hac vice*)
Sarah E. Smith (*pro hac vice*)
Gregory J. Leighton (*pro hac vice*)
Andrew S. Fraker (*pro hac vice*)
NEAL GERBER & EISENBERG
2 N. LaSalle, 17th Floor
Chicago, IL 60602
P: (312) 269-8000
leulgen@ngelaw.com
kmay@ngelaw.com
ssmith@ngelaw.com
gleighton@ngelaw.com
afraker@ngelaw.com

Michael Annis, #47374MO
HUSCH BLACKWELL LLP
190 Carondelet Plaza, Suite 600
St. Louis, MO  63105
P: (314) 480-1500
Mike.Annis@huschblackwell.com

***Attorneys for Defendant, Duracell U.S. Operations, Inc.***

## **CERTIFICATE OF SERVICE**

I hereby certify that I served a copy of the foregoing upon:

William H. Brewster
Theodore H. Davis, Jr.
R. Charles Henn, Jr.
Jessica A. Pratt
Kilpatrick Townsend & Stockton LLP
1100 Peachtree Street N.E., Suite 2800
Atlanta, GA 30309

David A. Roodman
Herbert R. Giorgio Jr.
BRYAN CAVE LLP
One Metropolitan Square
211 North Broadway, Suite 3600
St. Louis, MO 63102-2750

via the Court's ECF system on the date noted below:

Date:   July 14, 2017                               By:     /Andrew S. Fraker/
                                                            One of the Attorneys for Defendant,
                                                            Duracell U.S. Operations, Inc.