# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF MISSOURI

| | |
|---|---|
| ENERGIZER BRANDS, LLC, | ) |
| | ) |
|     Plaintiff, Counter-Defendant, | ) |
| | ) |
| vs. | )   Civil Action No. 4:16-cv-00223-AGF |
| | ) |
| DURACELL U.S. OPERATIONS, INC. | ) |
| | ) |
|     Defendant, Counter-Plaintiff. | ) |
| | ) |

**RESPONSE TO ENERGIZER'S STATEMENT OF ADDITIONAL MATERIAL FACTS IN OPPOSITION TO DURACELL'S MOTION FOR SUMMARY JUDGMENT**

# FILED UNDER SEAL

Dated: September 1, 2016

Respectfully submitted,

By:    /s/ Kevin C. May

Lee J. Eulgen *(pro hac vice)*
Kevin C. May *(pro hac vice)*
Sarah E. Smith *(pro hac vice)*
Gregory J. Leighton *(pro hac vice)*
Andrew S. Fraker *(pro hac vice)*
NEAL, GERBER & EISENBERG LLP
2 North LaSalle, 17th Floor
Suite 1700
Chicago, IL  60602
P: (312) 269-8000
leulgen@ngelaw.com
kmay@ngelaw.com
ssmith@ngelaw.com
gleighton@ngelaw.com
afraker@ngelaw.com

Michael Annis, #47374MO
HUSCH BLACKWELL LLP
190 Carondelet Plaza, Suite 600
St. Louis, MO 63105
P: (314) 480-1500
Mike.Annis@huschblackwell.com

***Attorneys for Defendant, Duracell U.S. Operations, Inc.***

## **CERTIFICATE OF SERVICE**

I hereby certify that I served a copy of the foregoing upon:

William H. Brewster
Theodore H. Davis, Jr.
R. Charles Henn, Jr.
Jessica A. Pratt
Kilpatrick Townsend & Stockton LLP
1100 Peachtree Street N.E., Suite 2800
Atlanta, GA 30309

David A. Roodman
Herbert R. Giorgio Jr.
BRYAN CAVE LLP
One Metropolitan Square
211 North Broadway, Suite 3600
St. Louis, MO 63102-2750

via Federal Express on the date noted below:

Date:   September 1, 2017                    By:     /Kevin C. May/
                                                                      One of the Attorneys for Defendant,
                                                                      Duracell U.S. Operations, Inc.